BANCEL v. UNITED STATES.

(Circuit Court, S. D. New York.   November 10, 1909.)

No. 5,512.

CUSTOMS DUTIES (§ 43*)—CLASSIFICATION—MODELING CLAY—PLASTILINA—SI-
MILITUDE—"CLAY."

    Plastilina, or modeling clay, an article not containing clay, is not dutia-
    ble as "clay," either .directly or by similitude, under Tariff Act July 24,
    1897, c. 11, § 1, Schedule B, par. 93, 30 Stat. 156 (U. S. Comp. St. 1901, p.
    1632), but as an "unenumerated manufacture," under section 6, 30 Stat.
    205 (U. S. Comp. St. 1901, p. 1693).
    [Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 43.*]

On Application for Review of a Decision by the Board of United
States General Appraisers.

, In this case the importer sought to reverse a decision by the Board
of Appraisers that had affirmed the assessment of duty by the collector
of customs at the port of New York on merchandise imported under
the tariff act of 1897. 'The Board's opinion, by Waite, General Ap-
praiser, reads in part as follows:

    "The commodity is known as modeling clay.   It is used by artists and others ·
    engaged in plastic work, for making busts and models.   The chemist reports
    that it contains 60.36 per cent of sulphur and 31.12 per cent of fatty anhydri-
    des, with a small amount of each of the following ingredients:   Unsaponifiable
    oil, zinc oxide combined, zinc oxide free, insoluable siliceous matter, and color.
    The report further states that the presence of clay cannot be demonstrated.
    *   *   *   The fact that the substance is very high in price would indicate that
    it is not properly classifiable as 'clay.'  *  *  *  The testimony and invoices
    show that the cost in the country from which it is exported is over $150 per
    ton."

Kammerlohr & Duffy (Joseph G. Kammerlohr, of counsel), for im-
porter.

D. Frank Lloyd, Deputy Asst. Atty. Gen. (William A. Robertson, of
counsel), for the United States.

MARTIN, District Judge.   The merchandise in question is invoiced
as modeling clay, and is also sometimes called plastilina.·  It was as-
sessed for duty at 20 per cent. ad valorem under Tariff Act July 24,
1897, c. 11, § 6,·30 Stat. 205 (U. S. Comp. St. 1901, p. 1693), as a
manufactured article, unenumerated.   The particular claim of the
·importer relied upon on the argument was that said merchandise
should be assessed as "clay" under section 1, Schedule B, par. 93, 30
Stat. 156 (U. S. Comp. St. 1901, p. 1632), either directly or by applica-
tion of the similitude clause of section 7, 30 Stat. 205 (U. S. Comp. St.
1901, p. 1693).   The Board of General Appraisers affirmed the assess-
ment of the collector.

The question presented here seems to be solely one of fact.   The
Board properly classified the importation upon the facts as it found
them.   I see nothing in the record to justify the court in changing
the Board's findings.

    Decision affirmed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes